88 P.3d 1208

# SUPREME COURT OF HAWAIʻI

State v. Welsh .................................... 24334    04/05/2004    Reversing ICA decision & affirmed

State v. Maelega .................................... 25226    04/26/2004    Vacated & remanded